(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Racquel Lewis

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Amazon AWS

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section I. Do not include
addresses here.)*

**FILED
2023 MAR 20 PM 1:08
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE**

Civ. Action No. **23 - 304**

(To be assigned by Clerk's Office)

## COMPLAINT
### (Pro Se)

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I.     PARTIES IN THIS COMPLAINT

### Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:     _LEWIS, RACQUEL_

Name (Last, First, MI)

_30 Caleb Terrace_

Street Address

_New Castle County   DE   19805_

County, City          State          Zip Code

_302.521.0271_

Telephone Number          E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:     _Amazon - Doppler Building_

Name (Last, First)

_2021 7th Avenue_

Street Address

_Seattle,   WA        98121_

County, City          State          Zip Code

Defendant 2:     _____

Name (Last, First)

_____

Street Address

_____

County, City          State          Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _____
            Name (Last, First)

            _____
            Street Address

            _____
            County, City              State          Zip Code


Defendant 4: _____
            Name (Last, First)

            _____
            Street Address

            _____
            County, City              State          Zip Code


## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Violation of privacy ; ECPA ; SCA ; FTCA § 5 ;
15 U.S. Code Chap. 91  16 CFR Part 312
CCPA (Data Protection Laws); NIST; Consumer Protection Privacy Act of 2017
California Code Sec. 1798.80 ; CLOUD ACT; Consumer Data
Privacy and Security Act of 2020 ; FPA = Privacy Act of 1974;
DFAR 48 CFR 252.204-7012 ; Safeguard's Rule 16 CFR 314

(Del. Rev. 11/14) Pro Se General Complaint Form

## III.    VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Plaintiff lives in the district as a resident of the state.

## IV.    STATEMENT OF CLAIM

Place(s) of occurrence: In Plaintiffs (my) home on private technology, on work technology, on private phone.

Date(s) of occurrence: Feb 16, 2023

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

FACTS:

What happened to you?

Amazon allowed my privacy to be violated by connecting my personal emails accounts to their domain, using their bt technology to operate as a form of employment surveillance, defamation and block source.
Contains sensitive information.

(Del. Rev. 11/14) Pro Se General Complaint Form

| Was anyone else involved? | Unknown. |

(Del. Rev. 11/14) Pro Se General Complaint Form

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| Who did what? | Amazon connected my personal email accounts to their domain. Allowed/worked with CyberSecurity in AWS & EDU - Amazon used my cellphone camera (Amazon wireless services) for Surveillance. |

- Blocked attempts to get employment through my email
- Blocked long term employment
- Used me as a classroom subject/experiment for their CyberSecurity Technology classes.
- When I tried to reach out to them they did not respond.

(Del. Rev. 11/14) Pro Se General Complaint Form

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

unemployment
mental anguish. Pain & Suffering
loss of opportunity
poverty

## VI.   RELIEF

The relief I want the court to order is:

☑    Money damages in the amount of:  $ 10,000,000

☑    Other (explain):

Complete ending of all adverse activity,
retaliation, blocking employment,
making accounts in my name and related
scams. Online scams, browser hacking
and email hijacking, anything else
related.

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.   CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

3/14/2023
Dated

Plaintiff's Signature

Racquel Lewis
Printed Name (Last, First, MI)

80 Caleb Terrace   Wilmington DE   19805
Address          City          State    Zip Code

302·521·0271
Telephone Number

E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**