IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACQUEL LEWIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 23-304-RGA |
| AMAZON AWS, | : |
| Defendant. | : |

## ORDER

At Wilmington this 27th day of November, 2023, for the reasons set forth in the memorandum opinion issued this date;

IT IS ORDERED that:

1. The Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). Amendment is futile.

2. Plaintiff's motions to seal (D.I. 6, 7, 9) are **DENIED**.

3. Plaintiff's motion to remove defendants (D.I. 8) and motion to reinstate defendants (D.I. 10) are **DISMISSED as moot**.

4. Plaintiff's motion to add current happenings (D.I. 11) is **DENIED**.

5. The Clerk of Court is directed to mark this case **CLOSED**.

_____
UNITED STATES DISTRICT JUDGE